United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Ana J. Blanco  
    Debtor

Case No. 22-11610-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Dec 01, 2022      Form ID: 155      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ana J. Blanco, 760 S Hall Street, Allentown, PA 18103-3260 |
| 14728466 | + | AmeriHome Mortgage Company, LLC, C/O Brian C. Nicholas, Esquire, KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14707161 | | Members 1st FCU, POB 8893, Camp Hill, PA 17001-8893 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14699886 | + | Email/PDF: bncnotices@becket-lee.com | Dec 02 2022 00:33:07 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14699887 | ^ | MEBN | Dec 02 2022 00:22:40 | Amerihome Mortgage, PO Box 77404, Trenton, NJ 08628-6404 |
| 14708127 | | Email/Text: BKelectronicnotices@cenlar.com | Dec 02 2022 00:24:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14714975 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 02 2022 00:33:15 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14699888 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 02 2022 00:33:17 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 14711108 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2022 00:33:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14699889 | | Email/Text: camanagement@mtb.com | Dec 02 2022 00:24:00 | M&T Bank, PO Box 7678, Buffalo, NY 14240 |
| 14714708 | | Email/Text: camanagement@mtb.com | Dec 02 2022 00:24:00 | M&T Bank, PO Box 1508, Buffalo NY14240-1508 |
| 14699890 | | Email/Text: unger@members1st.org | Dec 02 2022 00:24:00 | Members 1st FCU, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 14708951 | | Email/Text: bnc-quantum@quantum3group.com | Dec 02 2022 00:24:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14699891 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2022 00:33:07 | SYNCB/Ashley Home Stores, PO Box 965036, Orlando, FL 32896-5036 |
| 14699892 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2022 00:33:07 | SYNCB/Lowe's, PO Box 965005, Orlando, FL 32896-5005 |
| 14699893 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2022 00:33:07 | SYNCB/Pandora, PO Box 965036, Orlando, FL 32896-5036 |
| 14700775 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2022 00:33:17 | Synchrony Bank, c/o of PRA Receivables |

Case 22-11610-pmm  Doc 24  Filed 12/03/22  Entered 12/04/22 00:32:49  Desc Imaged
Certificate of Notice  Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 01, 2022 | Form ID: 155 | Total Noticed: 21 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14703992 | + | Email/Text: tdebn@credbankserv.com | Dec 02 2022 00:24:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14699895 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 02 2022 00:33:08 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 14699896 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 02 2022 00:33:07 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 14706534 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 02 2022 00:33:07 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14699894 | ##+ | TDRCS/Raymour & Flanigan, 1000 MacArthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:

**Name** — **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor Amerihome Mortgage Company LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHARLES LAPUTKA
on behalf of Debtor Ana J. Blanco claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor Amerihome Mortgage Company LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Ana J. Blanco
      Debtor(s)                                         Chapter: 13
                                                           Bankruptcy No: 22−11610−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 1st day of December 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                         Patricia M. Mayer
                                                                        Judge ,
                                                                         United States Bankruptcy Court

                                                                                            23
                                                                                          Form 155