| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-11610-PMM**

Ana J. Blanco
760 S Hall Street
Allentown  PA    18103

Petition Filed Date: 06/21/2022
341 Hearing Date: 07/26/2022
Confirmation Date: 12/01/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2022 | $447.00 | | 09/28/2022 | $447.00 | | 10/31/2022 | $447.00 | |
| 11/29/2022 | $619.00 | | 12/29/2022 | $533.00 | | 01/30/2023 | $533.00 | |
| 02/28/2023 | $533.00 | | 03/28/2023 | $533.00 | | 04/28/2023 | $533.00 | |
| 05/30/2023 | $533.00 | | 06/28/2023 | $533.00 | | 07/28/2023 | $533.00 | |

**Total Receipts for the Period: $6,224.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,671.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | TD RETAIL CREDIT SERVICES<br>»» 001 | Secured Creditors | $2,553.23 | $295.00 | $2,258.23 |
| 2 | WELLS FARGO BANK NEVADA NA<br>»» 002 | Unsecured Creditors | $1,552.23 | $0.00 | $1,552.23 |
| 3 | MEMBERS 1ST FCU<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CENLAR FSB<br>»» 004 | Mortgage Arrears | $23,351.28 | $2,697.97 | $20,653.31 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $565.64 | $0.00 | $565.64 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $4,298.26 | $0.00 | $4,298.26 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $312.30 | $0.00 | $312.30 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $2,785.37 | $0.00 | $2,785.37 |
| 9 | M&T BANK<br>»» 009 | Unsecured Creditors | $847.87 | $0.00 | $847.87 |
| 10 | CITIBANK NA<br>»» 010 | Unsecured Creditors | $2,475.23 | $0.00 | $2,475.23 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,638.00 | $2,638.00 | $0.00 |

**Chapter 13 Case No. 22-11610-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,671.00 | Current Monthly Payment: | $533.00 |
| Paid to Claims: | $5,630.97 | Arrearages: | $0.00 |
| Paid to Trustee: | $555.00 | Total Plan Base: | $31,722.00 |
| Funds on Hand: | $485.03 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.