Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-11610-PMM**

Ana J. Blanco
760 S Hall Street
Allentown  PA    18103

Petition Filed Date: 06/21/2022
341 Hearing Date: 07/26/2022
Confirmation Date: 12/01/2022

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2023 | $533.00 | | 09/28/2023 | $533.00 | | 10/30/2023 | $533.00 | |
| 11/29/2023 | $533.00 | | 01/02/2024 | $533.00 | | 01/29/2024 | $533.00 | |
| 02/28/2024 | $533.00 | | 03/28/2024 | $533.00 | | 04/29/2024 | $533.00 | |
| 05/29/2024 | $533.00 | | 06/28/2024 | $533.00 | | 07/29/2024 | $533.00 | |

**Total Receipts for the Period: $6,396.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $13,067.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | TD RETAIL CREDIT SERVICES »» 001 | Secured Creditors | $2,553.23 | $911.23 | $1,642.00 |
| 2 | WELLS FARGO BANK NEVADA NA »» 002 | Unsecured Creditors | $1,552.23 | $0.00 | $1,552.23 |
| 3 | MEMBERS 1ST FCU »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CENLAR FSB »» 004 | Mortgage Arrears | $23,351.28 | $8,333.83 | $15,017.45 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 005 | Unsecured Creditors | $565.64 | $0.00 | $565.64 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $4,298.26 | $0.00 | $4,298.26 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $312.30 | $0.00 | $312.30 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $2,785.37 | $0.00 | $2,785.37 |
| 9 | M&T BANK »» 009 | Unsecured Creditors | $847.87 | $0.00 | $847.87 |
| 10 | CITIBANK NA »» 010 | Unsecured Creditors | $2,475.23 | $0.00 | $2,475.23 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,638.00 | $2,638.00 | $0.00 |

**Chapter 13 Case No. 22-11610-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,067.00 | Current Monthly Payment: | $533.00 |
| Paid to Claims: | $11,883.06 | Arrearages: | $533.00 |
| Paid to Trustee: | $1,183.94 | Total Plan Base: | $31,722.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.