| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-11610-PMM

| | |
|---|---|
| Ana J. Blanco | Petition Filed Date: 06/21/2022 |
| 760 S Hall Street | 341 Hearing Date: 07/26/2022 |
| Allentown  PA    18103 | Confirmation Date: 12/01/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2024 | $533.00 | | 09/30/2024 | $533.00 | | 10/28/2024 | $533.00 | |
| 12/03/2024 | $533.00 | | 01/02/2025 | $533.00 | | 01/28/2025 | $533.00 | |
| 02/28/2025 | $533.00 | | 03/31/2025 | $533.00 | | 04/28/2025 | $533.00 | |
| 06/02/2025 | $533.00 | | 07/02/2025 | $533.00 | | | | |

**Total Receipts for the Period: $5,863.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $19,463.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | TD RETAIL CREDIT SERVICES<br>»» 001 | Secured Creditors | $2,553.23 | $1,491.21 | $1,062.02 |
| 2 | WELLS FARGO BANK NEVADA NA<br>»» 002 | Unsecured Creditors | $1,552.23 | $0.00 | $1,552.23 |
| 3 | MEMBERS 1ST FCU<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SERVICEMAC LLC AS SERVICER FOR<br>»» 004 | Mortgage Arrears | $23,351.28 | $13,638.15 | $9,713.13 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $565.64 | $0.00 | $565.64 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $4,298.26 | $0.00 | $4,298.26 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $312.30 | $0.00 | $312.30 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $2,785.37 | $0.00 | $2,785.37 |
| 9 | M&T BANK<br>»» 009 | Unsecured Creditors | $847.87 | $0.00 | $847.87 |
| 10 | CITIBANK NA<br>»» 010 | Unsecured Creditors | $2,475.23 | $0.00 | $2,475.23 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,638.00 | $2,638.00 | $0.00 |

**Chapter 13 Case No. 22-11610-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,463.00 | Current Monthly Payment: | $533.00 |
| Paid to Claims: | $17,767.36 | Arrearages: | $533.00 |
| Paid to Trustee: | $1,695.64 | Total Plan Base: | $31,722.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.