Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Ana J. Blanco
760 S Hall Street
Allentown, PA 18103

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 22-11610-PMM**

Petition Filed Date: 06/21/2022
341 Hearing Date: 07/26/2022
Confirmation Date: 12/01/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2025 | $533.00 | | 09/02/2025 | $533.00 | | 10/02/2025 | $533.00 | |
| 11/03/2025 | $533.00 | | 12/03/2025 | $533.00 | | 01/05/2026 | $533.00 | |
| 02/02/2026 | $533.00 | | 03/04/2026 | $533.00 | | 04/01/2026 | $533.00 | |
| 05/04/2026 | $533.00 | | 06/02/2026 | $533.00 | | 07/02/2026 | $533.00 | |

**Total Receipts for the Period: $6,396.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $25,859.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | TD RETAIL CREDIT SERVICES<br>»» 001 | Secured Creditors | $2,553.23 | $2,074.24 | $478.99 |
| 2 | WELLS FARGO BANK NEVADA NA<br>»» 002 | Unsecured Creditors | $1,552.23 | $0.00 | $1,552.23 |
| 3 | MEMBERS 1ST FCU<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SERVICEMAC LLC AS SERVICER FOR<br>»» 004 | Mortgage Arrears | $23,351.28 | $18,970.36 | $4,380.92 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $565.64 | $0.00 | $565.64 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $4,298.26 | $0.00 | $4,298.26 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $312.30 | $0.00 | $312.30 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $2,785.37 | $0.00 | $2,785.37 |
| 9 | M&T BANK<br>»» 009 | Unsecured Creditors | $847.87 | $0.00 | $847.87 |
| 10 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 010 | Unsecured Creditors | $2,475.23 | $0.00 | $2,475.23 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,638.00 | $2,638.00 | $0.00 |

**Chapter 13 Case No. 22-11610-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,859.00 | Current Monthly Payment: | $533.00 |
| Paid to Claims: | $23,682.60 | Arrearages: | $533.00 |
| Paid to Trustee: | $2,176.40 | Total Plan Base: | $31,722.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.